

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Andrew Madi, DEFENDANT(S). | CASE NUMBER MJ 18-3188 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___defendant___, IT IS ORDERED that a detention hearing is set for ___12/4/18___, ___, at ___1:00___ ☐ a.m. / ☒ p.m. before the Honorable ___J. Chang___, in Courtroom ___34___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___12/3/18___       U.S. District Judge/Magistrate Judge