

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | CR -mJ - 3188 |
| Andrew Madi | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of _the parties via a stipulation_, IT IS ORDERED that the detention hearing is ~~set for~~ continued to _12/6/18_, at _9:00_ ☒ a.m. / ☐ p.m. before the Honorable _J. Chooljian_, in Courtroom _750 Roybal_.

Pending this continued hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _12/4/18_

_____
U.S. District Judge/Magistrate Judge